UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE LIVINGSTON,<br><br>    Plaintiff,<br><br>    v.<br><br>PNEU-LOGIC CORPORATION, et al.,<br><br>    Defendants. | Case No. 20-cv-07155-JCS<br><br>**ORDER TRANSFERRING ACTION TO OTHER DISTRICT** |

At the request of Plaintiff and for the reasons set forth in the Court's April 12, 2021 Order (dkt. no. 46), the Clerk is instructed to transfer this action to the United States District Court for the District of Oregon, Portland Division.

**IT IS SO ORDERED.**

Dated: April 19, 2021

_____
JOSEPH C. SPERO
Chief Magistrate Judge